```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
ELAINE WANG,

                Plaintiff,                    ORDER

        - against -                           21 Civ. 5832 (NRB)

ICONIX BRAND GROUP, INC., BOB
GALVIN, JUSTIN BARNES, PETER
CUNEO, DREW COHEN, and JAMES
MARCUM,
                Defendants.

-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on July 7, 2021, this case was filed alleging violations of Section 14(d), 14(e), and 20(a) related to the acquisition of Iconix Brand Group, Inc. by Iconix Acquisition LLC, (ECF No. 1);

WHEREAS, it is publicly reported that the deal closed over two years ago;

WHEREAS, there is no evidence of further activity on the docket after the complaint was filed; it is hereby

**ORDERED** that this case is dismissed with prejudice for failure to prosecute. The Clerk of Court is respectfully ordered to close the case.

Dated:   November 30, 2023
         New York, New York

                                         _____
                                           NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE